**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MALEEK JABRIL CONLEY,

Defendant.

Case No. 24-mj-18 (DJF)

**ORDER**

IT IS HEREBY ORDERED, that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government's Motion to Dismiss is hereby GRANTED and the Complaint against the Defendant is dismissed.

Dated: November 13, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge